UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>        Plaintiff,<br>    v.<br>RSCC HOLDINGS, LLC, et al.,<br>        Defendants. | Case No. 18-cv-04708-BLF (NC)<br><br>**ORDER RE: DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 25 |

On May 8, 2019, plaintiff Scott Johnson moved for discovery sanctions against defendants RSCC Holdings, LLC and N&LS Inc., citing Defendants' failure to provide their initial disclosures by the February deadline. *See* Dkt. No. 22. Defendants' response to Johnson's motion was due on May 13, 2019. On May 15, the Court reminded Defendants to respond to Johnson's motion and *sua sponte* extended Defendants' deadline to respond to May 22. *See* Dkt. No. 23. When Defendants again did not respond, the Court issued an order to show cause requiring Defendants to serve their initial disclosures and explain why they had repeatedly missed deadlines. *See* Dkt. No. 24. Defendants' response was due on May 31.

Defendants did not respond until June 2. *See* Dkt. No. 25. And in that response, Defendants failed to explain why they did not timely serve their initial disclosures or respond to Johnson's motion. *See id.*

The Court now gives Defendants one final chance to explain:

1. Why it took almost four months past the initial disclosure deadline to serve their initial disclosures; and
2. Why Defendants did not respond to Johnson's motion and two Court orders.

Defendants must file their response in writing by **June 10, 2019**. The Court sets a hearing on this order to show cause for **June 12, 2019**, at 1:00 p.m. Johnson's counsel may appear by telephone. Defendants' counsel may *not* appear by telephone and is ORDERED to appear in person. Because this is not the first case where Defendants' counsel has failed to timely respond to Court orders or motion practice (*see Brooke v. Saratoga Motel*, No. 18-cv-6422-NC, Dkt. No. 25 (May 29, 2019)), the Court warns Defendants' counsel that failure to comply with this order may result in referral for investigation to the Standing Committee on Professional Conduct for the Northern District of California under Civil Local Rule 11-6.

**IT IS SO ORDERED.**

Dated: June 5, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge